No. 316. GENERAL MOTORS CORP. *v.* INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA (UAW) ET AL. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE HARLAN and MR. JUSTICE STEWART are of the opinion that certiorari should be granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Aloysius F. Power, Harry S. Benjamin, Jr., Eugene L. Hartwig, George Cherpelis* and *K. Douglas Mann* for petitioner. *Stephen I. Schlossberg, John A. Fillion, Bernard F. Ashe, Jordan Rossen, Joseph L. Rauh, Jr.,* and *John Silard* for International Union, United Automobile, Aerospace & Agricultural Implement Workers of America (UAW), and *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for the National Labor Relations Board, respondents.

No. 347. ROBERTS *v.* FLORIDA; and

No. 371. NASH *v.* FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied without prejudice to applications for writs of habeas corpus in the appropriate United States District Courts. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted in No. 347. *Stanley Jay Bartel* for petitioner in No. 347. *Milton E. Grusmark* for petitioner in No. 371. *Earl Faircloth,* Attorney General of Florida, and *James T. Carlisle,* Assistant Attorney General, for respondent in both cases. Reported below: No. 347, 188 So. 2d 392; No. 371, 188 So. 2d 391.

No. 419. KING *v.* UNITED BENEFIT FIRE INSURANCE Co. C. A. 10th Cir. Certiorari denied. MR. JUSTICE BLACK is of the opinion that certiorari should be granted. *Jefferson G. Greer* for petitioner. *Clayton B. Pierce* for respondent.